| | |
|---|---|
| 1 | KATIE McIVER (SBN 295123)<br>HARRIS PERSONAL INJURY LAWYERS |
| 2 | 409 13th Street, 17th Floor<br>Oakland, CA 94612 |
| 3 | Telephone: (510) 646-9616<br>Facsimile: (510) 646-1342 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>JOANNA BAUMGARTNER |
| 6 | STEPHEN M. HAYES (SBN 83583)<br>STEPHEN P. ELLINGSON (SBN 136505) |
| 7 | CHRISTOPHER K. WONG (SBN 300543)<br>HAYES SCOTT BONINO ELLINGSON |
| 8 | GUSLANI SIMONSON & CLAUSE LLP<br>999 Skyway Road, Suite 310 |
| 9 | San Carlos, CA 94070<br>Telephone: (650) 637-9100 |
| 10 | Facsimile: (650) 637-9101 |
| 11 | Attorneys for Defendant<br>STATE FARM FIRE & CASUALTY COMPANY |
| 12 | (Erroneously sued as STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE COMPANY and |
| 13 | STATE FARM GENERAL INSURANCE<br>COMPANY) |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| JOANNA BAUMGARTNER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a business entity; STATE FARM GENERAL INSURANCE COMPANY, a business entity; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:18-CV-02316-TLN-EFB<br><br>**STIPULATION TO REVISE INITIAL PRETRIAL SCHEDULING ORDER** |

On August 24, 2018, this Court entered its Initial Pretrial Scheduling Order. (Dkt. 2.) Pursuant to Section III of this Order, the deadline to complete all discovery is April 19, 2019. Pursuant to Section IV of this Order, deadline for expert witness disclosure is June 18, 2019. Pursuant to Section V of this Order, the deadline for supplemental expert disclosures is September

940093 - 1 -

**STIPULATION TO REVISE INITIAL PRETRIAL SCHEDULING ORDER**
**Case No. 2:18-CV-02316-TLN-EFB**

16, 2019. Pursuant to VI of this Order, the deadline to file dispositive motions is October 16, 2019.

State Farm Mutual Automobile Insurance Company and State Farm General Insurance Company (collectively "State Farm") filed a motion to disqualify plaintiff's counsel Ranger J. Wiens and the Law Firm of Harris Personal Injury Lawyers on February 1, 2019. (Dkt. 3.) Plaintiff filed an opposition to the motion to disqualify on February 19, 2019 and State Farm filed its reply brief on February 28, 2019. (Dkt. 12 and 13.) State Farm also filed a motion to stay or abate plaintiff's bad faith claim until resolution of the underlying claim on February 1, 2019. (Dkt. 8.) State Farm filed a notice of non-opposition on February 28, 2019. (Dkt. 14.)

On March 1, 2019, the Court issued a minute order taking the motion to disqualify under submission and vacating the hearing. (Dkt. 16.) On March 7, 2019, the Court issued a minute order taking the motion to stay or abate under submission and vacating the hearing. (Dkt. 20.)

**IT IS HEREBY STIPULATED** by and between Plaintiff Joanna Baumgartner and Defendant State Farm Fire & Casualty Company, through their designated counsel, the following:

1. The discovery cut-off date is to be extended to June 19, 2019;

2. The expert disclosure date is to be extended to August 19, 2019;

3. The deadline for dispositive motions to be filed is to be extended to December 16, 2019.

Dated: April 18, 2019

HARRIS PERSONAL INJURY LAWYERS

By /S/ Katie McIver
  KATIE McIVER
  Attorney for Plaintiff
  JOANNA BAUMGARTNER

Dated: April 18, 2019

HAYES SCOTT BONINO ELLINGSON GUSLANI SIMONSON & CLAUSE LLP

By /S/ Stephen P. Ellingson
  STEPHEN M. HAYES
  STEPHEN P. ELLINGSON
  CHRISTOPHER K. WONG
  Attorneys for Defendant
  STATE FARM FIRE & CASUALTY COMPANY (Erroneously sued as STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM GENERAL INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED:

1. The discovery cut-off date is to be extended to June 19, 2019;
2. The expert disclosure date is to be extended to August 19, 2019;
3. The deadline for dispositive motions to be filed is to be extended to **December 19, 2019.**

Dated: April 26, 2019

_____
Troy L. Nunley
United States District Judge